UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:21-cv-00065-FDW

| DAVID TILLMAN SHELNUTT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the parties' Consent Motion for Entry of Judgment, (Doc. No. 6). An administrative law judge issued a partially favorable decision on May 4, 2022, and neither party contests the decision.

Therefore, it is ORDERED that the Consent Motion, (Doc. No. 6), is GRANTED, and final judgment be entered in this case in accordance with the decision of the administrative law judge.

IT IS SO ORDERED.

Signed: September 28, 2022

Frank D. Whitney
United States District Judge