# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| David Tillman Shelnutt, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:21-cv-00065-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2022 Order and final judgment be entered in this case in accordance with the decision of the administrative law judge.

September 29, 2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court